# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re:  D.I. 176 |

## ORDER DENYING MOTION FOR THE APPOINTMENT OF AN EXAMINER

Upon consideration of the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] (the "Motion") and upon consideration of the joinders and objections filed to the Motion; and the Court finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having entered the *Final Pretrial Order* [D.I. 620] with respect to the Motion on February 5, 2023; and the Court having held a hearing on the Motion on February 6, 2023; and the Court having issued its ruling on the Motion at a hearing on February 15, 2023; and as stated on the record and for the reasons set forth in the Court's ruling on the Motion at the February 15, 2023 hearing; it is hereby ORDERED as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. The Motion is DENIED.

**Dated: February 21st, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2