OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 6, 2023

Michael D. Morris, Esquire
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707

Jennifer Rood, Esquire
Vermont Dept. of Fin. Reg.
89 Main Street, Third Floor
Montpelier, VT 05620

Roman N. Desai, Esquire
Office of the Attorney General of Texas
P.O. Box 1254 MC008
Austin, TX 78711-2548

**Re: Vara v. FTX Trading Ltd. et al - 23-cv-00241**

Dear Counsel:

The above referenced action was opened in the U.S. District Court on March 6, 2023.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d), (e) and (f)(2) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

(1) The filing of the first paper filed on its behalf; or

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

(2) The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

(f)(2) Attorneys who are admitted to the Bar of this Court and in good standing, but <u>who do not maintain an office in the District of Delaware</u>, may appear on behalf of parties upon application to the Court.

Please have your local counsel enter an appearance on or before April 5, 2023.

Sincerely,

John A. Cerino
Clerk of Court

By: <u>/s/ Molly K. Ryan</u>
    Deputy Clerk