# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>                    Appellant.<br><br>          vs.<br><br>FTX Trading Ltd., *et al.*;[1] the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>                    Appellees. | 1:23-cv-00241 (CFC)<br>BAP No. 23-00010 |

**APPELLANT UNITED STATES TRUSTEE'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Please take notice that on March 20, 2023, Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), filed his *Designation of Items to be Included in the Record on Appeal* (Bankr. D.I. 1122) (the "Designation") in the above-captioned appeal of the Bankruptcy Court's February 21, 2023 *Order Denying Motion for the Appointment of an Examiner* [D.I. 746 in Bankr. No. 22-11068-JTD]. The Designation has been filed in Bankr. No. 22-11068-JTD at D.I. 1122. Pursuant to the District Court's standing order dated November 9, 2015, captioned Designations of Record in Bankruptcy Appeals, the U.S. Trustee hereby files the Designation with the District Court. The

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

Designation and accompanying certificate of service [D.I. 1124] are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

| | |
|---|---|
| Dated: March 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By:  */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Juliet M. Sarkessian<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ  07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov |