**Exhibit A**

**Statement of Issues to be Presented on Appeal [Bankr. D.I. 1123]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Re: D.I. 746, 805, 809 |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), submits this statement of the issues to be presented on appeal with respect to this Court's February 21, 2023 *Order Denying Motion for the Appointment of an Examiner* [D.I. 746]:

| **District Court Case No.** | **Appellant** |
|---|---|
| 1:23-cv-00241 (CFC) | Andrew R. Vara, solely in his capacity as United States Trustee for Region 3 |
|  | **Appellees** |
|  | FTX Trading Ltd., *et al.* |
|  | Official Committee of Unsecured Creditors |
|  | Joint Provisional Liquidators of FTX Digital Markets Ltd. |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

The following issue will be presented on appeal:

Did the bankruptcy court err in denying the United States Trustee's motion to appoint an examiner under 11 U.S.C. § 1104(c)?

| | |
|---|---|
| Dated: March 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Juliet M. Sarkessian<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov |