**<u>Exhibit B</u>**

**Certificate of Service [Bankr. D.I. 1124]**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : : : : : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : : : | Case No. 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors. | : : | Re: D.I. 1122 & 1123 |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2023, I caused to be served a copy of Appellant United States Trustee's *Designation of Items to be Included in the Record on Appeal* [D.I. 1122] and *Statement of Issues to be Presented on Appeal* [D.I. 1123] in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail and first-class mail:

Adam G. Landis  
Kimberly A. Brown  
Matthew R. Pierce  
Landis Rath & Cobb LLP  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
E-mail: landis@lrclaw.com  
brown@lrclaw.com  
pierce@lrclaw.com  

Sullivan & Cromwell LLP  
Andrew G. Dietderich  
James L. Bromley  
Brian D. Glueckstein  
Alexa J. Kranzley  
125 Broad Street  
New York, NY 10004  
E-mail: dietdericha@sullcrom.com  
bromleyj@sullcrom.com  
gluecksteinb@sullcrom.com  
kranzleya@sullcrom.com  

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>E-mail: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Kevin Gross (Bar No. 209)<br>Paul N. Heath (Bar No. 3704)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>E-mail: gross@rlf.com<br>heath@rlf.com |
| Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>E-mail: mlunn@ycst.com<br>rpoppiti@ycst.com | Michael D. Morris<br>Assistant Attorney General<br>Attorneys for Wisconsin Department of<br>Financial Institutions<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>E-mail: morrismd@doj.state.wi.us |
| White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brandon Batzel<br>Brett L. Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brandon.batzel@whitecase.com<br>brett.bakemeyer@whitecase.com | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov<br><br>Texas State Securities Board and Texas<br>Department of Banking<br>Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>E-mail: roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |

White & Case LLP
Thomas E. Lauria
Richard S. Kebrdle
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
E-mail: tlauria@whitecase.com
rkebrdle@whitecase.com

| | |
|---|---|
| Dated: March 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Juliet M. Sarkessian<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite<br>Newark, NJ  07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov |