# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>           Appellant.<br><br>           vs.<br><br>FTX Trading Ltd., *et al.*;[1] the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>           Appellees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 1:23-cv-00241 (CFC)<br>BAP No. 23-00010<br><br>Re: D.I. 5 & 6 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I caused to be served a copy of *Appellant United States Trustee's Designation of Items to be Included in the Record on Appeal* [D.I. 5] and *Appellant United States Trustee's Statement of Issues to be Presented* [D.I. 6] in the above-entitled action upon the following via e-mail and first-class mail:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

1

<div style="columns:2">

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
E-mail: gross@rlf.com
heath@rlf.com

Michael D. Morris
Assistant Attorney General
Attorneys for Wisconsin Department of
Financial Institutions
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
E-mail: morrismd@doj.state.wi.us

</div>

| | |
|---|---|
| White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brandon Batzel<br>Brett L. Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brandon.batzel@whitecase.com<br>brett.bakemeyer@whitecase.com | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov<br><br>Texas State Securities Board and Texas<br>Department of Banking<br>Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>E-mail: roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| White & Case LLP<br>Thomas E. Lauria<br>Richard S. Kebrdle<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Email: tlauria@whitecase.com<br>rkebrdle@whitecase.com | |

| | |
|---|---|
| Dated: March 21, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: _/s/ Benjamin Hackman_<br>Benjamin A. Hackman<br>Trial Attorney<br>Juliet M. Sarkessian<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite<br>Newark, NJ  07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov |