# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |
| Andrew R. Vara, United States Trustee for Region 3, | Civil Action No. 1:23-cv-00241 (CFC) |
|  | BAP No. 23-00010 |
| Appellant, |  |
| v. |  |
| FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd., |  |
| Appellees. |  |

## MOTION FOR ORDER AND ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves for the admission *pro hac vice* in the above-captioned action of the following counsel of Paul Hastings LLP to represent the Official Committee of Unsecured Creditors appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession: (i) Kristopher M. Hansen; (ii) Luc A. Despins; (iii) Kenneth Pasquale; (iv) Isaac S. Sasson; and (v) John F. Iaffaldano.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30174352.2

| | |
|---|---|
| Dated: March 31, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen<br>Luc A. Despins<br>Kenneth Pasquale<br>Isaac S. Sasson<br>John F. Iaffaldano<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email:  krishansen@paulhastings.com<br>          lucdespins@paulhastings.com<br>          kenpasquale@paulhastings.com<br>          isaacsasson@paulhastings.com<br>          jackiaffaldano@paulhastings.com<br><br>*Counsel to Appellee the Official Committee of Unsecured Creditors* |

30174352.2

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date:    March 31, 2023

                                           */s/ Kristopher M. Hansen*
                                           Kristopher M. Hansen
                                           PAUL HASTINGS LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           Telephone: (212) 318-6000
                                           Facsimile: (212) 319-4090
                                           Email:  krishansen@paulhastings.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date:   March 31, 2023

                                            */s/ Luc A. Despins*
                                            Luc A. Despins
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            Telephone: (212) 318-6000
                                            Facsimile: (212) 319-4090
                                            Email:  lucdespins@paulhastings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date:   March 31, 2023

                                                 */s/ Kenneth Pasquale*
                                                 Kenneth Pasquale
                                                 PAUL HASTINGS LLP
                                                 200 Park Avenue
                                                 New York, New York 10166
                                                 Telephone: (212) 318-6000
                                                 Facsimile: (212) 319-4090
                                                 Email:  kenpasquale@paulhastings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date:   March 31, 2023

*/s/ Isaac S. Sasson*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  isaacsasson@paulhastings.com

30174352.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date:   March 31, 2023

*/s/ John F. Iaffaldano*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  jackiaffaldano@paulhastings.com

30174352.2