**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |
| Andrew R. Vara, United States Trustee for Region 3, | Civil Action No. 1:23-cv-00241 (CFC)<br>BAP No. 23-00010 |
| Appellant, | |
| v. | |
| FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd., | |
| Appellees. | |

**APPELLEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Please take notice that on April 3, 2023, Appellee, the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, filed its *Counter-Designation of Items to be*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Included in the Record on Appeal* (the "Counter-Designation") with respect to the appeal by the United States Trustee for Region 3 of the Bankruptcy Court's February 21, 2023 *Order Denying Motion for the Appointment of an Examiner* [Bankr. Docket No. 746] (the "Examiner Order") before the United States District Court for the District of Delaware (the "Appeal"). The Counter-Designation has been filed in Bankr. No. 22-11068-JTD at Docket No. 1212. Pursuant to the Court's standing order dated November 9, 2015, captioned Designations of Record in Bankruptcy Appeals, the Committee hereby files this Counter-Designation with the District Court. The Counter-Designation is attached hereto as **Exhibit A**.

## RESERVATION OF RIGHTS

Appellee expressly reserves the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Examiner Order.

*Remainder of page intentionally blank*

Dated: April 3, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
         rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Luc A. Despins*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
         lucdespins@paulhastings.com
         kenpasquale@paulhastings.com
         isaacsasson@paulhastings.com
         jackiaffaldano@paulhastings.com

*Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**APPELLEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal with respect to the appeal by the United States Trustee for Region 3 from this Court's February 21, 2023 *Order Denying Motion for the Appointment of an Examiner* [Docket No. 746] (the "Examiner Order") before the United States District Court for the District of Delaware (the "Appeal").

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1. Appellee counter-designates the following to be included in the record on Appeal:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| Docket No. | Date | Document Title |
|---|---|---|
| 489 | 01/13/2023 | Transcript of Hearing Held on January 11, 2023 |

## RESERVATION OF RIGHTS

Appellee expressly reserves the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Examiner Order.

Dated: April 3, 2023  
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*  
Matthew B. Lunn (No. 4119)  
Robert F. Poppiti, Jr. (No. 5052)  
1000 North King Street  
Wilmington, DE 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: mlunn@ycst.com  
       rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP  
Kristopher M. Hansen*  
Luc A. Despins*  
Kenneth Pasquale*  
Isaac S. Sasson*  
John F. Iaffaldano*  
200 Park Avenue  
New York, NY 10166  
Telephone:  (212) 318-6000  
Facsimile:  (212) 319-4090  
Email: krishansen@paulhastings.com  
       lucdespins@paulhastings.com  
       kenpasquale@paulhastings.com  
       isaacsasson@paulhastings.com  
       jackiaffaldano@paulhastings.com

*\*Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*