# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>          Appellant.<br><br>          vs.<br><br>FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>          Appellees. | : : : : : : : : : : : : : : : : : : : | Case No. 23-cv-241 (CFC) |
| In re:<br><br>FTX Trading Ltd., *et al.*;[1]<br><br>          Debtors. | : : : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly administered) |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am an attorney for an agency of the United States, in good standing as a member of the bar of the Commonwealth of Pennsylvania (Attorney ID 311849), not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction, and I hereby submit to this Court's jurisdiction and appear in this case pursuant to Local Rule 83.5(f)(1) as counsel for Andrew R. Vara, the United States Trustee for Region 3.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

|  |  |
|---|---|
|  | By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Tel: (302) 573-6491<br>Fax: (302) 573-6497<br>benjamin.a.hackman@usdoj.gov |
| Dated: April 4, 2023 |  |