# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>    Appellant.<br><br>    vs.<br><br>FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>    Appellees. | : : : : : : : : : : : : : : : : : | <br><br><br><br><br><br>Case No. 23-cv-241 (CFC)<br><br>Re: D.I. 11 & 12 |
| In re:<br><br>FTX Trading Ltd., *et al.*;[1]<br><br>    Debtors. | : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly administered) |

## OMNIBUS CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2023, I caused to be served a copy of Appellant United States Trustee's *Notices of Appearance* for Attorneys Sakata and Hackman [D.I. 11 & 12] in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail and first-class mail:

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Sullivan & Cromwell LLP<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, NY 10004<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Richards, Layton & Finger, P.A.<br>Kevin Gross, Esq.<br>Paul N. Heath, Esq.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 651-7700<br>Facsimile:     (302) 651-7701<br>gross@rlf.com<br>heath@rlf.com |
| Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com | Michael D. Morris<br>Assistant Attorney General<br>Attorneys for Wisconsin Department of Financial Institutions<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>E-mail: morrismd@doj.state.wi.us |
| White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brandon Batzel<br>Brett L. Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jessica.lauria@whitecase.com<br>cshore@whitecase.com | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov |

2

brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brandon.batzel@whitecase.com
brett.bakemeyer@whitecase.com

Texas State Securities Board and Texas
Department of Banking
Roma N. Desai
Layla D. Milligan
Abigail R. Ryan
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
E-mail: roma.desai@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov

| | |
|---|---|
| Dated: April 4, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Benjamin Hackman*<br>Juliet M. Sarkessian<br>Trial Attorney<br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov |