# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>　　　　　Appellant.<br><br>　　　　vs.<br><br>FTX Trading Ltd. *et al.*;[1] the Official Committee of Unsecured Creditors of FTX Trading Ltd. *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>　　　　　Appellees. | Case No. 1:23-cv-00241 (CFC)<br>BAP No. 23-00010 |

**[PROPOSED] ORDER GRANTING THE MOTION OF APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE, TO CERTIFY DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2)**

Pending before me is the motion of Andrew R. Vara, United States Trustee for Regions Three and Nine, to enter an order certifying a direct appeal to the court of appeals under 28 U.S.C. § 158(d)(2) of the bankruptcy court's order denying the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

request for appointment of an examiner ("Examiner Order"), entered in the bankruptcy court's docket as Document 746 and attached here as Exhibit A. Having considered the motion, now therefore, at Wilmington on this _____ day of April, 2023, it is HEREBY ORDERED that:

1. The motion is GRANTED;

2. This Court finds that the Examiner Order involves a question of law as to which there is no controlling decision of the United States Court of Appeals for the Third Circuit or of the Supreme Court of the United States, involves a matter of public importance, and involves a question requiring resolution of conflicting decisions, *see* 28 U.S.C. § 158(d)(2)(A)(i)-(ii); and

3. This Court certifies the Examiner Order for direct appeal to the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 158(d)(2)(A).

_____
Chief Judge