# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>        Appellant.<br><br>        vs.<br><br>FTX Trading Ltd. *et al.*;[1] the Official Committee of Unsecured Creditors of FTX Trading Ltd. *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>        Appellees. | Case No. 1:23-cv-00241 (CFC)<br>BAP No. 23-00010 |

**[PROPOSED] ORDER GRANTING THE MOTION OF APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE, TO EXPEDITE CONSIDERATION OF THE MOTION TO CERTIFY DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2), AND TO EXPEDITE CONSIDERATION OF THIS APPEAL**

    Pending before me is the motion of Andrew R. Vara, United States Trustee for Regions Three and Nine, to expedite consideration of the United States

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

Trustee's motion to certify a direct appeal to the Third Circuit, and to expedite consideration of this appeal. Having considered the motion, now therefore, at Wilmington on this _____ day of April, 2023, it is HEREBY ORDERED that:

    1.    The motion is GRANTED;

    2.    Appellees may file a response to the motion to certify a direct appeal to the Third Circuit by April 13, 2023, and the Appellant may file a reply in support of the motion within 7 days after receiving the response;

    3.    Appellees' responsive brief on the merits shall be filed by April 27, 2023, and the Appellant may file a reply brief on the merits within 10 days after receiving the responsive brief; and

    4.    This Court shall give expedited consideration both to the motion to certify a direct appeal and to the appeal itself.

                                                _____
                                                         Chief Judge