## STATEMENT PURSUANT TO LOCAL RULE 7.1.1.

Andrew R. Vara, United States Trustee for Regions Three and Nine (the "United States Trustee"), files this statement under Local Rule 7.1.1.  Undersigned counsel hereby avers that counsel for the United States Trustee made a reasonable effort to reach an agreement with the appellees on the matters set forth in (**i**) the United States Trustee's motion to certify for direct appeal to the court of appeals under 28 U.S.C. § 158(d)(2) and (**ii**) the United States Trustee's motion to expedite consideration of the motion to certify for direct appeal, and expedite consideration of this appeal.

Appellees FTX Trading Ltd., the Official Committee of Unsecured Creditors, and Joint Provisional Liquidators of FTX Digital Markets Ltd. in Provisional Liquidation do not consent to the relief requested in these motions.

The State of Wisconsin Department of Financial Institutions, the State of Vermont Department of Financial Regulation, the Texas State Securities Board, and the Texas Department of Banking, have been incorrectly designated appellees.  They are interested parties who participated in the contested matter below in support of the appellant United States Trustee's position.  They are neither appellants nor appellees in this appeal.

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Regions 3 & 9

April 6, 2023

By /s/ Benjamin A. Hackman
    BENJAMIN A.HACKMAN
    Trial Attorney

| | |
|---|---|
| RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>FREDERICK GASTON HALL<br>SUMI K. SAKATA<br>Trial Attorneys<br><br>Department of Justice<br>Executive Office for<br> United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel.:  (202) 307-1399<br>Fac.:  (202) 307-2397<br>frederick.g.hall@usdoj.gov<br>sumi.sakata@usdoj.gov | ANDREW R. VARA<br>United States Trustee<br> for Regions 3 & 9<br>JOSEPH J. MCMAHON, JR.<br>Assistant United States Trustee<br>BENAJMIN A. HACKMAN<br>JULIET M. SARKESSIAN<br>Trial Attorneys<br><br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207,<br> Lockbox 35<br>Wilmington, DE 19801<br>Tel.:  (302) 573-6491<br>Fac.:  (302) 573-6497<br>benjamin.a.hackman@usdoj.gov<br>juliet.m.sarkessian@usdoj.gov |