No. 23-cv-00241

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., *et al.*, Debtors.

ANDREW R. VARA, UNITED STATES TRUSTEE, Appellant,

v.

FTX TRADING LTD., *et al.*, Appellees.

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**UNCONTESTED MOTION OF APPELLANT ANDREW R. VARA,
UNITED STATES TRUSTEE, TO WAIVE MEDIATION**

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
FREDERICK GASTON HALL
SUMI K. SAKATA
Trial Attorneys
Department of Justice
Executive Office for
 United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.:  (202) 307-1399
Fac.:  (202) 307-2397
frederick.g.hall@usdoj.gov
sumi.sakata@usdoj.gov

ANDREW R. VARA
United States Trustee
 for Regions 3 & 9
JOSEPH J. MCMAHON, JR.
Assistant United States Trustee
BENAJMIN A. HACKMAN
JULIET M. SARKESSIAN
Trial Attorneys
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207,
 Lockbox 35
Wilmington, DE 19801
Tel.:  (302) 573-6491
Fac.:  (302) 573-6497
benjamin.a.hackman@usdoj.gov
juliet.m.sarkessian@usdoj.gov

Andrew R. Vara, United States Trustee for Regions Three and Nine (the "United States Trustee"), through his counsel, files this motion (the "Motion") under Federal Rule of Bankruptcy Procedure 8013(a) to enter an order waiving mediation under this Court's Standing Order regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District.

The appellees have represented that they do not contest this motion.

Under this Court's September 11, 2012, standing order governing mediation of bankruptcy appeals, this matter will be referred to the Magistrate Judge for potential referral to mandatory mediation.  Upon conferral, the parties agree that mediation should be waived.

The government seeks the appointment of an examiner under 11 U.S.C. § 1104(c)(2) to investigate and file a comprehensive and public report about what happened in the appellee debtors' cases.  11 U.S.C. §§ 1106(a)(3)-(4) & (b).  The United States Trustee maintains that such appointment is mandatory under the statute, while the appellees disagree.  The appellant and the appellees will never agree on their divergent legal interpretations of section 1104(c)(2).  Mediation cannot resolve the dispute at issue.

Accordingly, the government respectfully requests that any requirement for mediation be waived.

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Regions 3 & 9

April 6, 2023

By /s/ Benjamin A. Hackman
    BENJAMIN A. HACKMAN
    Trial Attorney

| | |
|---|---|
| RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>FREDERICK GASTON HALL<br>SUMI K. SAKATA<br>Trial Attorneys<br><br>Department of Justice<br>Executive Office for<br> United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel.:  (202) 307-1399<br>Fac.:  (202) 307-2397<br>frederick.g.hall@usdoj.gov<br>sumi.sakata@usdoj.gov | ANDREW R. VARA<br>United States Trustee<br> for Regions 3 & 9<br>JOSEPH J. MCMAHON, JR.<br>Assistant United States Trustee<br>BENAJMIN A. HACKMAN<br>JULIET M. SARKESSIAN<br>Trial Attorneys<br><br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207,<br> Lockbox 35<br>Wilmington, DE 19801<br>Tel.:  (302) 573-6491<br>Fac.:  (302) 573-6497<br>benjamin.a.hackman@usdoj.gov<br>juliet.m.sarkessian@usdoj.gov |

3

## **CERTIFICATE OF COMPLIANCE**

The foregoing complies with Federal Rule of Bankruptcy Procedure 8013(f) and this Court's Standing Order Regarding Briefing in All Cases because it contains 194 words and was prepared in 14-point Times New Roman font.

                                              By /s/ Benjamin A. Hackman
                                                   BENJAMIN A. HACKMAN
                                                   Trial Attorney