# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>            Appellant.<br><br>vs.<br><br>FTX Trading Ltd. *et al.*;[1] the Official Committee of Unsecured Creditors of FTX Trading Ltd. *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>            Appellees. | Case No. 1:23-cv-00241 (CFC)<br>BAP No. 23-00010 |

## [PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION OF APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE, TO WAIVE MEDIATION

Pending before me is the unopposed motion of Andrew R. Vara, United States Trustee for Regions Three and Nine, to waive mediation under this Court's

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

standing order.  Having considered the motion, now therefore, at Wilmington on this _____ day of April, 2023, it is HEREBY ORDERED that:

1. The motion is GRANTED; and

2. This appeal shall be exempt from mediation under the standing order;

_____
Chief Judge