IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>     Appellant.<br><br>     vs.<br><br>FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>     Appellees. | : : : : : : : : : : : : : : : : : | Case No. 23-cv-241 (CFC)<br><br>Re: D.I. 14, 15, 16, 17 & 18 |
| In re:<br><br>FTX Trading Ltd., *et al.*;[1]<br><br>     Debtors. | : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly administered) |

**OMNIBUS CERTIFICATE OF SERVICE**

  I hereby certify that on April 6, 2023, I caused to be served a copy of each of the following documents:

1. *Motion of Appellant Andrew R. Vara, United States Trustee, To Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2)* [D.I. 14];

2. *Brief of Appellant Andrew R. Vara, United States Trustee* [D.I. 15];

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

3. *Appendix of Appellant Andrew R. Vara, United States Trustee* [D.I. 16];

4. *Motion of Appellant Andrew R. Vara, United States Trustee, To Expedite Consideration of the Motion To Certify Direct Appeal to the Court of Appeals under 28 U.S.C. § 158(d)(2), and To Expedite Consideration of This Appeal* [D.I. 17]; and

5. *Uncontested Motion of Appellant Andrew R. Vara, United States Trustee, To Waive Mediation* [D.I. 18].

in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail (on April 6) and first-class mail (on April 7):

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Richards, Layton & Finger, P.A.
Kevin Gross, Esq.
Paul N. Heath, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com
heath@rlf.com

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com | Michael D. Morris<br>Assistant Attorney General<br>Attorneys for Wisconsin Department of<br>Financial Institutions<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>E-mail: morrismd@doj.state.wi.us |
| White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brandon Batzel<br>Brett L. Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brandon.batzel@whitecase.com<br>brett.bakemeyer@whitecase.com | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov |
| Texas State Securities Board and Texas<br>Department of Banking<br>Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>E-mail: roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov | |

| | |
|---|---|
| Dated: April 7, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: <u>*/s/ Benjamin Hackman*</u><br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>benjamin.a.hackman@usdoj.gov |