## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2023, I electronically filed the foregoing Objection with the Clerk of the Court for the United States District Court for the District of Delaware. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           /s/ *Adam G. Landis*
                                           Adam G. Landis

{1368.002-W0070495.}