# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |
| ANDREW R. VARA, UNITED STATES TRUSTEE,<br><br>      Appellant,<br><br>   v.<br><br>FTX TRADING LTD., *et al.*,<br><br>      Appellees. | U.S. District Court<br><br>Case No. 1:23-cv-00241 (CFC) |

**OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE, TO EXPEDITE CONSIDERATION OF THE MOTION TO CERTIFY DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2), AND TO EXPEDITE <u>CONSIDERATION OF THIS APPEAL</u>**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this opposition (this "Opposition") to the *Motion of Appellant Andrew R. Vara, United States Trustee, to Expedite Consideration of the Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)(2), and to Expedite Consideration of This Appeal* [Docket No. 17] (the "Motion to Expedite"), and in support thereof, respectfully states as follows:

The United States Trustee offers no justification as to why consideration of the instant appeal should be prioritized ahead of other matters. Indeed, the United States Trustee waited until now – over seven weeks since the Bankruptcy Court issued its bench ruling denying the *Motion for Entry of an Order Directing the Appointment of an Examiner* [Bankr. Docket No. 176] (the "Examiner Motion") – to file its Motion to Expedite. The United States Trustee has failed to move this appeal forward at every turn,[2] only to now change course and argue that the appeal should proceed apace.

---

[2] For instance, the United States Trustee waited a full week to file its Certification of Counsel submitting a one-paragraph proposed order denying the Examiner Motion (*see* [Bankr. Docket. No. 745]), thirteen days to file its Notice of Appeal of the order denying the Examiner Motion (*see* [Bankr. Docket No. 805]), fourteen days to file its Designation of Items to be Included in the Record on Appeal (*see* [Bankr. Docket No. 1122]), and eight days after the Bankruptcy Court denied its motion to shorten consideration of its initial motion for direct certification – thus

2

Quite simply, the United States Trustee has, through its own actions, shown that expedition of the appeal is neither necessary nor warranted, and for the reasons set forth more fully in the Debtors' *Objection to the Motion to Expedite* [Docket No. 20], which the Committee adopts as if fully set forth herein, the Committee submits that the United States Trustee has not established a basis for expedited consideration of the appeal and that the Motion to Expedite should be denied. The Committee reserves its right to: (i) supplement this Opposition; and (ii) participate in any hearing on the Motion to Expedite, including to present argument.

WHEREFORE, it is respectfully requested that the Motion to Expedite be denied, with prejudice.

---

dooming that motion (*see* [Bankr. Docket No. 1185]) – to refile its motion to certify and the instant Motion to Expedite.

Dated: April 10, 2023  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Luc A. Despins*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
      lucdespins@paulhastings.com
      kenpasquale@paulhastings.com
      isaacsasson@paulhastings.com
      jackiaffaldano@paulhastings.com

*\*Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. Bankr. P. 8015(h), the undersigned hereby certifies that this response complies with the type-volume limitation of Fed. R. Bankr. P. 8013(f)(3)(A), as well as the type, font and word limitations set forth in this Court's *Standing Order Regarding Briefing in All Cases*.  Exclusive of the exempted portions specified in Fed. R. Bankr. P. 8015(g), the response contains 529 words.  The response has been prepared using Microsoft Word. The undersigned has relied upon the word count feature of this word processing software in preparing this certificate.

April 10, 2023                                             */s/ Robert F. Poppiti, Jr.*
                                                                    Robert F. Poppiti, Jr.