# Exhibit 1

| | |
|---|---|
| **From:** | Robert Cavello |
| **To:** | Hackman, Benjamin A. (USTP) |
| **Cc:** | Sarkessian, Juliet M. (USTP); Gerardi, David (USTP) |
| **Subject:** | RE: Request To Schedule Matter for 12/16 hr"g in FTX Trading Ltd., et al., 22-11068 (JTD) |
| **Date:** | Thursday, December 1, 2022 11:40:47 AM |
| **Importance:** | High |

Hey Ben,

Judge Dorsey would like to know the view of the debtors on this, and whether there will be a committee appointed by that time.


- Rob

**Robert J. Cavello**
Chambers, Judge John T. Dorsey
U.S. Bankruptcy Court
District of Delaware
(302) 533-3166

**From:** Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>
**Sent:** Wednesday, November 30, 2022 4:30 PM
**To:** Robert Cavello <Robert_Cavello@deb.uscourts.gov>
**Cc:** Sarkessian, Juliet M. (USTP) <Juliet.M.Sarkessian@usdoj.gov>; Gerardi, David (USTP) <David.Gerardi@usdoj.gov>
**Subject:** Request To Schedule Matter for 12/16 hr'g in FTX Trading Ltd., et al., 22-11068 (JTD)

**CAUTION - EXTERNAL:**


Dear Mr. Cavello,

We wanted to reach out about the FTX Trading Ltd. cases. The U.S. Trustee expects to file a motion tomorrow seeking the appointment of an examiner. I believe there are five matters currently set for hearing on Dec. 16 at 10:00 a.m. Would we have His Honor's permission to notice the examiner motion for that hearing, with objections due Dec. 9 at 4:00 p.m.?

Respectfully,

Ben

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Tel: (302) 573-6493
Fax: (302) 573-6497
Cel: (202) 603-5229

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.