# Exhibit 2

| | |
|---|---|
| **From:** | Robert Cavello |
| **To:** | Hackman, Benjamin A. (USTP) |
| **Cc:** | Sarkessian, Juliet M. (USTP); Gerardi, David (USTP); Adam Landis |
| **Subject:** | RE: Request To Schedule Matter for 12/16 hr"g in FTX Trading Ltd., et al., 22-11068 (JTD) |
| **Date:** | Thursday, December 1, 2022 3:38:47 PM |
| **Importance:** | High |

Hey Ben,

For now, notice the motion for "a date TBD" – then, once everyone (including the judge) gets a chance to see the motion, I'll reach back out to the parties for scheduling.

This motion **will not** go forward on December 16th.


- Rob

**Robert J. Cavello**
Chambers, Judge John T. Dorsey
U.S. Bankruptcy Court
District of Delaware
(302) 533-3166

**From:** Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>
**Sent:** Thursday, December 1, 2022 3:09 PM
**To:** Robert Cavello <Robert_Cavello@deb.uscourts.gov>
**Cc:** Sarkessian, Juliet M. (USTP) <Juliet.M.Sarkessian@usdoj.gov>; Gerardi, David (USTP) <David.Gerardi@usdoj.gov>; Adam Landis <landis@lrclaw.com>
**Subject:** Request To Schedule Matter for 12/16 hr'g in FTX Trading Ltd., et al., 22-11068 (JTD)

<mark>CAUTION - EXTERNAL:</mark>


Dear Mr. Cavello:

This e-mail responds to the Court's inquiry regarding the U.S. Trustee's request to list his motion for an order directing the appointment of an examiner for December 16, 2022 at 10:00 AM ET.

We contacted Debtors' proposed counsel (Adam Landis, Landis Rath & Cobb), who is copied above – the Debtors' response appears below:


The Debtors do not believe that your motion should be heard on 12/16 (or, for that matter, in the month of December) given, among other things, everything that is going outside of Court, what already is on the agenda for 16th and the certainty that a Creditors' Committee (once seated) will want to weigh in on the relief you will be requesting in your motion.  I note further that we have not yet seen the motion and, as such, it presently is not possible for us to evaluate or recommend whether discovery will be required, how much time we'll need to respond to the motion and how much time the Court should set aside for a hearing.

With respect to formation of the Official Committee of Unsecured Creditors, the deadline for responding to the solicitation of interest is 4:00 p.m. tomorrow (Friday, December 2, 2022). While the U.S. Trustee will make every effort to ensure that a Committee is appointed at the earliest possible date, the U.S. Trustee cannot presently commit that the Committee will be formed and have selected counsel in advance of the December 16, 2022 hearing.

Notwithstanding the foregoing, the U.S. Trustee believes that the matter needs to be heard promptly.

Accordingly, the U.S. Trustee will be filing the motion without designating a hearing date/time.  The U.S. Trustee will notice the motion after receiving word from the Court as to the date/time of the hearing.

Respectfully,

Ben

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Tel: (302) 573-6493
Fax: (302) 573-6497
Cel: (202) 603-5229

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.