# Exhibit 3

| | |
|---|---|
| **From:** | Robert Cavello |
| **To:** | Adam Landis; Hackman, Benjamin A. (USTP) |
| **Cc:** | Sarkessian, Juliet M. (USTP); Gerardi, David (USTP); morrismd@doj.state.wi.us; krishansen@paulhastings.com |
| **Subject:** | RE: Request for Hearing Date for UST"s Examiner Motion in FTX Trading Ltd., et al., 22-11068 (JTD) |
| **Date:** | Thursday, December 22, 2022 1:59:14 PM |
| **Attachments:** | image003.png |
| | image005.png |

Good Afternoon Counsel,

The judge is in agreement with the approach Mr. Landis puts forth in his e-mail below.



Robert J. Cavello
Chambers, Judge John T. Dorsey
U.S. Bankruptcy Court
District of Delaware
(302) 533-3166

**From:** Adam Landis <landis@lrclaw.com>
**Sent:** Thursday, December 22, 2022 12:50 PM
**To:** Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>; Robert Cavello <Robert_Cavello@deb.uscourts.gov>
**Cc:** Sarkessian, Juliet M. (USTP) <Juliet.M.Sarkessian@usdoj.gov>; Gerardi, David (USTP) <David.Gerardi@usdoj.gov>; morrismd@doj.state.wi.us; krishansen@paulhastings.com
**Subject:** RE: Request for Hearing Date for UST's Examiner Motion in FTX Trading Ltd., et al., 22-11068 (JTD)

**CAUTION - EXTERNAL:**

Thank you, Ben, for including me on this email regarding scheduling the Examiner Motion.

The Debtors would like the opportunity to meet and confer with the United States Trustee and the Committee regarding the UST's motion and are prepared to do so in short order. The Debtors suggest the parties use the January 11th hearing as a status and scheduling conference and, in the interim, work toward presenting an agreed scheduling order at that time.

Respectfully,

AGL



**Adam G. Landis, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4410   C 302.893.0402 F 302.467.4450
landis@lrclaw.com | www.lrclaw.com | vCard

This message is intended only for the use of the individual or entity to which it is addressed, and may contain Information that is privileged, confidential and exempt from disclosure under applicable law. If the

reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it and notify us immediately.

---

**From:** Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>
**Sent:** Thursday, December 22, 2022 12:17 PM
**To:** Robert Cavello <Robert_Cavello@deb.uscourts.gov>
**Cc:** Adam Landis <landis@lrclaw.com>; Sarkessian, Juliet M. (USTP) <Juliet.M.Sarkessian@usdoj.gov>; Gerardi, David (USTP) <David.Gerardi@usdoj.gov>; morrismd@doj.state.wi.us; krishansen@paulhastings.com
**Subject:** Request for Hearing Date for UST's Examiner Motion in FTX Trading Ltd., et al., 22-11068 (JTD)

Dear Mr. Cavello,

We are following up on our December 1, 2022 communications regarding obtaining a hearing date for the U.S. Trustee's motion to appoint an examiner.

The Official Committee of Unsecured Creditors has reportedly retained Paul Hastings LLP as its proposed counsel – Kris Hansen of that firm is copied above, together with Debtors' counsel and counsel for the State of Wisconsin (which filed a joinder at D.I. 263).

Please advise regarding the Court's proposed hearing date/time for the motion, and thank you.

Respectfully,

Ben

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Tel: (302) 573-6493
Fax: (302) 573-6497
Cel: (202) 603-5229

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.