IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>              Appellant.<br><br>vs.<br><br>FTX Trading Ltd., *et al.*; the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*; and the Joint Provisional Liquidators of FTX Digital Markets Ltd.,<br><br>              Appellees. | Case No. 23-cv-241 (CFC)<br><br>Re: D.I. 22 |
| In re:<br><br>FTX Trading Ltd., *et al.*;[1]<br><br>              Debtors. | Chapter 11<br><br>Bankr. Case No. 22-11068 (JTD)<br>(Jointly administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2023, I caused to be served a copy of the *Reply in Support of Motion of Appellant Andrew R. Vara, United States Trustee, To Expedite Consideration of the Motion To Certify Direct Appeal to the Court of Appeals under 28 U.S.C. § 158(d)(2), and To Expedite Consideration of This Appeal* [D.I. 22] in the above-entitled appeal through the CM/ECF notification system on the following:

| | |
|---|---|
| Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>*Counsel for Appellee FTX Trading Ltd., et al.* | Robert F. Poppiti, Jr., Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>*Counsel for Appellee Official Committee of Unsecured Creditors* |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

I further certify that I caused to be served a copy of the foregoing via e-mail (on April 14) and first-class mail (on April 17) on the following:

>J. Christopher Shore, Esquire
>White & Case LLP
>1221 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 819-8200
>    -and-
>Kevin Gross, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>Wilmington, DE 19801
>Telephone: (302) 651-7700
>*Counsel for Appellee Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*

I further certify that courtesy copies of the foregoing were provided via e-mail (on April 14) and first-class mail (on April 17) on the following counsel for interested parties to this appeal:

Michael D. Morris, Esquire
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707
Telephone: (608) 266-3936
*Counsel for Interested Party
State of Wisconsin Department of Financial Institutions*

Jennifer Rood, Esquire
Vermont Dept. of Fin. Reg.
89 Main Street, Third Floor
Montpelier, VT 05620
Telephone: (802) 828-5672
*Counsel for Interested Party
State of Vermont Department of Financial Regulation*

Roma N. Desai, Esquire
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548 MC008
Austin, TX 78711-2548
Telephone: (512) 463-2173
*Counsel for Interested Party
State of Texas, Texas State Securities Board
Texas Department of Banking*

| | |
|---|---|
| Dated: April 17, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: /s/ *Sumi Sakata*<br>SUMI K. SAKATA<br>Trial Attorney<br>Department of Justice<br>Executive Office for<br>United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 307-1399<br>Fac.: (202) 307-2397<br>sumi.sakata@usdoj.gov<br><br>-and-<br><br>Benjamin A. Hackman<br>Trial Attorney<br>Juliet M. Sarkessian<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov |