# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　Debtors.<br><br><br>ANDREW R. VARA, UNITED STATES TRUSTEE,<br><br>　　　　　　　　Appellant,<br><br>　　　v.<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　Appellees. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered<br><br><br><br>U.S. District Court<br><br>Case No. 1:23-cv-00241 (CFC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James L. Bromley, Esquire of Sullivan & Cromwell LLP to serve as counsel to Appellees FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above captioned case.

Dated:　April 18, 2023
　　　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:　pierce@lrclaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070515.3}

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 18, 2023

           /s/ *James L. Bromley*
           James L. Bromley, Esquire
           **SULLIVAN & CROMWELL LLP**
           125 Broad Street
           New York, NY 10004
           Telephone: (212) 558-4000
           Email: bromleyj@sullcrom.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: April ___, 2023

           _____
           The Honorable Colm F. Connolly
           United States District Court Chief Judge

{1368.002-W0070515.3}