

**U.S. Department of Justice**

Executive Office for United States Trustees

Office of the General Counsel

<table>
<tr><td>441 G Street, NW, Suite 6150</td><td>Voice - (202) 307-1399</td></tr>
<tr><td>Washington, DC 20530</td><td>Fax - (202) 307-2397</td></tr>
</table>

April 26, 2023

The Honorable Colm F. Connolly
Chief Judge
United States District Court for the District of Delaware
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

      Re: *Vara v. FTX Trading Ltd., et al. (In re FTX Trading Ltd.)*, Civ. No. 23-cv-00241-
          CFC:  Correction of Party Status and Notice of Completion of Motions' Briefing

      Appellant Andrew R. Vara, United States Trustee for Region 3, submits this letter to clarify the status of certain state agencies listed in the docket of this bankruptcy appeal.  The State of Wisconsin Department of Financial Institutions, the State of Vermont Department of Financial Regulation, the Texas State Securities Board, and the Texas Department of Banking, have been incorrectly designated as appellees.

      The United States Trustee is appealing the bankruptcy court's denial of his motion to appoint an examiner in the debtor's bankruptcy case.  The state entities joined the United States Trustee's motion.  *See In re FTX Trading Ltd.*, Bankr. No. 22-11068-JTD, D.E. 176 (UST motion); 263 (Wisconsin joinder); 339 (Vermont joinder) & 600 (Texas joinder).  Per the form notice of appeal, Official Bankruptcy Form B 417A, the United States Trustee included in that notice all the parties to the order on appeal, including the state entities who joined in his motion. It appears that when the appeal was docketed, the status of each of the state agencies was mistakenly entered as "appellee."  The state agencies are neither appellants nor appellees here.

      Separately, the United States Trustee wishes to notify this Court that briefing on two motions filed by the United States Trustee is now complete.

      On April 6, 2023, the United States Trustee moved to certify this appeal for direct review by the Third Circuit under 28 U.S.C. § 158(d)(2).  D.E. 14.  Appellees FTX Trading Ltd. and the Official Committee of Unsecured Creditors have both filed objections.  D.E. 28 & 29.  The time for appellee Joint Provisional Liquidators of FT Digital Markets Ltd. (in Provisional Liquidation) to file an objection lapsed on April 20, 2023, under Fed. R. Bankr. P. 8006(f)(3).  That rule does not provide for a reply.

      Also on April 6, 2023, the United States Trustee moved to expedite consideration of the motion to certify direct appeal to the court of appeals under 28 U.S.C. § 158(d)(2), and to expedite consideration of this appeal.  D.E. 17.  Appellees FTX Trading Ltd. and the Official

Committee of Unsecured Creditors both filed objections to that motion.  D.E. 20 & 21.  The time for appellee Joint Provisional Liquidators of FT Digital Markets Ltd. (in Provisional Liquidation) to file an objection lapsed on April 13, 2023, under Fed. R. Bankr. P. 8013(a)(3)(i).  The United States Trustee filed a reply in support of his motion to expedite on April 14, 2023, as provided by Fed. R. Bankr. P. 8013(a)(3)(ii).

Consequently, the United States Trustee's motion to certify this appeal for direct review and his motion for expedited consideration are both ripe for resolution.

Sincerely,

Andrew R. Vara
United States Trustee for Region 3

/s Sumi Sakata
Sumi Sakata
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.: (202) 305-1399
Fax: (202) 307-2397

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 26, 2023, I caused to be served a copy of the foregoing document through the CM/ECF notification system on the participants in the case that are registered CM/ECF users.  I further certify that on April 26, 2023, I caused to be served a copy of the foregoing document via e-mail and first-class mail on the following:

J. Christopher Shore, Esquire
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
   -and-
Kevin Gross, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Telephone: (302) 651-7700
*Counsel for Appellee Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*

I further certify that on April 26, 2023, courtesy copies of the foregoing document were provided via e-mail and first-class mail on the following:

Michael D. Morris, Esquire
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707
Telephone: (608) 266-3936
*Counsel for State of Wisconsin Department of Financial Institutions*

Jennifer Rood, Esquire
Vermont Dept. of Fin. Reg.
89 Main Street, Third Floor
Montpelier, VT 05620
Telephone: (802) 828-5672
*Counsel for State of Vermont Department of Financial Regulation*

Roma N. Desai, Esquire
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548 MC008
Austin, TX 78711-2548
Telephone: (512) 463-2173
*Counsel for State of Texas, Texas State Securities Board*
*Texas Department of Banking*

By /s/ Sumi Sakata
Sumi Sakata
Trial Attorney

3